ACCEPTED
01-14-00978-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 1:24:29 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00978-CR

MARCUS BORTLE     X     IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 1:24:29 PM
CHRISTOPHER A. PRINE
Clerk

    X

    X

VS.     X     FOR THE STATE OF TEXAS

    X

    X

THE STATE OF TEXAS     X     1ST JUDICIAL DISTRICT

### MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW, MARCUS BORTLE, Appellant, and moves for an extension of thirty (30) days in which to file the Appellant's brief, until and including March 23, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was February 19, 2015.

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including March 23, 2015.

C. The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; NO. 01-14-00527-CR (capital murder); Appellant's Brief due February 6, 2014

GRISELDA AZA VS. THE STATE OF TEXAS; NOS. 14-14-00241-CR and 14-14-00242-CR; Appellant's Brief due January 16, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; NO. 14-14-00780-CR; Appellant's Brief due January 28, 2015.

Additionally, the undersigned serves on the Texas Forensic Science Commission Hair Microscopy Panel, as part of a team reviewing hundreds of cases involving possible errors in expert testimony.

D. One previous extensions has been granted.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on February 20, 2015.

/s/ Bob Wicoff
**BOB WICOFF**